# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James A. Funk,                          :
                    Petitioner          :
                                        :
        v.                              :
                                        :
Unemployment Compensation               :
Board of Review,                        :
                    Respondent  :       No. 162 C.D. 2015

## PER CURIAM

## O R D E R

NOW, August 27, 2015, having considered petitioner's application for reconsideration, the application is denied.